1  QUIN DENVIR, CA Bar #049374
   Federal Defender
2  VICTOR M. CHAVEZ, CA Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721
   Telephone: (559) 487-5561
5
   Counsel for Defendant
6  JOHNNY BOUNTHAPANYA

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            ) NO. 1:05-cr-00271 OWW
                                        )
12                  Plaintiff,          ) STIPULATION TO CONTINUE STATUS
                                        ) CONFERENCE HEARING AND RESET FOR
13         v.                           ) CHANGE OF PLEA;  ORDER
                                        )
14 JOHNNY BOUNTHAPANYA,                 ) Date:  November 28, 2005
                                        ) Time:  9:00 A.M.
15                  Defendant.          ) Judge: Hon. Oliver W. Wanger
                                        )
16 _____)

17

18     **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

19 counsel, that the status conference hearing currently set for November 22, 2005, may be continued to

20 **November 28, 2005, at 9:00 A.M. and reset for change of plea.**

21     This continuance is requested because the parties need additional time to complete the plea

22 agreement and give defendant sufficient time to sign prior to the hearing.  In addition, counsel for plaintiff

23 is not available on the date currently set for hearing.

24 ///

25 ///

26 ///

27 ///

28 ///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for effective defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

MCGREGOR W. SCOTT
United States Attorney

DATED: November 16, 2005

/s/ Victor M. Chavez with consent of
By  Sheila K. Oberto
SHEILA K. OBERTO
Assistant U.S. Attorney
Attorney for Plaintiff

QUIN DENVIR
Federal Public Defender

DATED: November 16, 2005

By /s/ Victor M. Chavez
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant

## O R D E R

**IT IS SO ORDERED**. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

DATED: November  18 , 2005

/s/ OLIVER W. WANGER

_____
OLIVER W. WANGER, Judge
United States District Court
Eastern District of California

Stipulation to Continue Status Conference Hearing
and Reset for Change of Plea; [Proposed] Order         2

# CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-00271 OWW |
| Plaintiff, ) | |
| v. ) | |
| JOHNNY BOUNTHAPANYA, ) | |
| Defendant. ) | |

The undersigned hereby certifies that he/she is an employee in the Office of the Federal Defender for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

On November 16, 2005, in addition and as a supplement to the electronic mail notice generated in the above-referenced matter, he/she personally served a copy of the original of the attached:

STIPULATION TO CONTINUE STATUS CONFERENCE HEARING
AND RESET FOR CHANGE OF PLEA;
[PROPOSED] ORDER

upon the interested parties in said action by hand delivery to the persons at the places hereinafter set forth, as follows:

MONTE OLSON
United States Pretrial Services Officer
Federal Building, Room 3454
1130 O Street
Fresno, CA 93721

DATED: November 16, 2005

/s/ Agapita Betancourt
AGAPITA BETANCOURT

[Original signature of Agapita Betancourt
maintained in file of Melody M. Walcott.]

Stipulation to Continue Status Conference Hearing
and Reset for Change of Plea; [Proposed] Order